CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MICHAEL J. STARRETT (NYBN 5444575)
Special Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7073
michael.starrett@usdoj.gov

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| PANGEA LEGAL SERVICES, | Case No. 4:26-cv-00321-HSG |
| Plaintiff, | **STIPULATION TO STAY CASE AND ORDER** |
| v. | |
| U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*, | |
| Defendants. | |

Subject to the Court's approval, Plaintiff and Defendant, through their undersigned counsel of record, hereby stipulate as follows:

1.      At midnight on February 14, 2026, the appropriations act that had been funding the U.S. Department of Homeland ("DHS"), the federal defendant, expired and appropriations to the Department lapsed. The same is true for the other federal defendants, U.S. Customs and Border Protection ("CBP") and U.S. Immigration and Customs Enforcement ("ICE"), both agencies within DHS. DHS does not know when funding will be restored by Congress.

2.      Defendant has conveyed the following to Plaintiff:

a.  The Anti-Deficiency Act, 31 U.S.C. §1341, as construed by the Attorney General, provides that in the absence of appropriated funds no obligation can be incurred

STIPULATION TO STAY CASE AND ORDER
4:26-CV-00321-HSG

except for the protection of life and property, the orderly suspension of operations, or as otherwise authorized by law. Absent an appropriation, employees of the Department of Homeland Security are prohibited from working, even on a volunteer basis, "except for emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

b.  Defendant DHS is currently experiencing a lapse in appropriations. During this time, DHS personnel assigned to this matter are not furloughed but are prohibited from working on this case, and the DHS FOIA Office is furloughed and unable to continue processing the request. Once appropriations are restored, DHS will resume work on this matter.

c.  Defendant CBP is currently experiencing a lapse in appropriations. During this time, CBP personnel assigned to this matter are not furloughed but are prohibited from working on this case, and the CBP FOIA Office is furloughed and unable to continue processing the request. Once appropriations are restored, CBP will resume work on this matter.

d.  Defendant ICE is currently experiencing a lapse in appropriations. During this time, ICE personnel assigned to this matter are not furloughed but are prohibited from working on this case, and the ICE FOIA Office is furloughed and unable to continue processing the request. Once appropriations are restored, ICE will resume work on this matter.

3.  Plaintiff's consent to this temporary stay is predicated solely upon the representations and information provided by counsel for Defendants concerning the current lapse in funding. Plaintiff expressly maintains its position that expedited resolution of this litigation is necessary, urgent, and in the public interest. By stipulating to this stay, Plaintiff does not waive, abandon, or concede its position regarding the urgency of this matter, nor shall this stipulation be construed as an admission by Plaintiff that expedited relief is unwarranted or unnecessary.

4.  The parties therefore request a stay of all obligations imposed upon the Federal Defendants until Congress has restored appropriations to DHS, including filing an answer to the

complaint, which shall be filed within seven days of the restoration of appropriations to DHS. Unless agreed to through further stipulation by the parties or as requested by motion to this Court, the parties agree that current deadlines for case management statement (due April 14, 2026) and case management conference (scheduled for April 21, 2026), shall remain the same.

5.      If this stay is granted, counsel for the United States will promptly notify the Court as soon as the government shutdown has ended and, if necessary given the circumstances of this case, confer with opposing counsel and submit within two weeks a joint proposed schedule for the remainder of litigation.

IT IS SO STIPULATED

DATED:  March 3, 2026.                    Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

 /s/ *Michael J. Starrett*
MICHAEL J. STARRETT
Special Assistant United States Attorney
*Attorneys for Defendants*

DATED:  March 3, 2026.                    Respectfully submitted,

IMMIGRANTS' RIGHTS CLINIC, MILLS
LEGAL CLINIC AT STANFORD LAW SCHOOL

/s/ *Lisa Nicole Weissman Ward*
LISA NICOLE WEISSMAN WARD
*Attorney for Plaintiff*

*In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.*

STIPULATION TO STAY CASE AND ORDER
4:26-CV-00321-HSG

**ORDER**

Pursuant to stipulation, IT IS HEREBY ORDERED THAT:

1.     This case is hereby STAYED until after the partial shutdown of the federal government has ended and appropriations to the Department of Homeland Security have been restored;

2.     All deadlines in this case are extended for a period of time commensurate with the duration of the lapse in appropriations; and

3.     The Government will promptly notify the Court as soon as the government shutdown has ended and, if necessary given the circumstances of this case, confer with opposing counsel and submit within two weeks a joint proposed schedule for the remainder of litigation.

IT IS SO ORDERED.

DATED: 3/3/2026

HON. HAYWOOD S GILLIAM, JR.
United States District Judge

STIPULATION TO STAY CASE AND ORDER
4:26-CV-00321-HSG